COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 DAVID ABER D/B/A 
 SEQUOIA HOMES AND 
 DICK L. ABER,
  
                                    
 Appellant,
  
 v.
  
 ANGEL FLORES AND 
 ALEIDA FLORES,
  
                                     Appellees.
 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
  
 '
  
  
 
 
  
  
  
                   No. 08-12-00016-CV
  
                          Appeal from
  
 County Court at Law
 No. 5
  
 of El Paso County,
 Texas
  
 (TC # 2010-5092)
 
 
 
 
  
 
 
  
 
 
  
 
 


                                                     MEMORANDUM
OPINION

 

Pending before
the Court is a motion to dismiss filed by Appellants, David Aber d/b/a Sequoia
Homes and Dick L. Aber because the parties have settled the dispute.  We grant the motion and dismiss the
appeal.  Pursuant to the parties’
agreement, we assess costs against the party incurring same.  See Tex.R.App.P. 42.1(d)(absent agreement
of the parties, the court will tax costs against the appellant).  

 

January 16, 2013                                 _______________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.

Antcliff, J., not participating